UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HINDY HOCHHAUSER, individually and on behalf of
others similarly situated,

Plaintiff

— against —

GROSSMAN & KARASZEWSKI, PLLC,

Defendant.

**2019-CV-2468 (ARR)**

**Opinion & Order**

**Not for electronic or print
publication**

ROSS, United States District Judge:

This Court has received the Report and Recommendation on the instant case dated August
11, 2021, from the Honorable Cheryl L. Pollak, United States Chief Magistrate Judge. No objections
have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has
been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit
Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*,
472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the
district court need only satisfy itself that there is no clear error on the face of the record." *Finley v.
Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y.
Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186,
189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the
Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. §
636(b)(1).

Accordingly, the Clerk of Court is directed to enter a default against defendant for failure to
appear and plaintiff is authorized to file for default judgment.

SO ORDERED.

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:      September 1, 2021
            Brooklyn, New York